839 A.2d 886

IN THE MATTER OF JOHN J. ANASTASIO, AN ATTORNEY
AT LAW (ATTORNEY NO. 014031981)

January 28, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–184, concluding that as a matter of reciprocal discipline **JOHN J. ANASTASIO** of **PORT ST. LUCIE, FLORIDA,** who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of three months based on discipline imposed in Florida for conduct in violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.15 (recordkeeping violations) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **JOHN J. ANASTASIO** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective February 27, 2004; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.